AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG - 5 2019

BY_____ DEPUTY

| In the Matter of the Search of | |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) ) ) ) |
| A & B, INC<br>1842 Highway 43 North Pelahatchie, MS 39145<br>as described in Attachment A | |

Case No. 3:19 mj 211 LRA

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____Southern_____ District of _____Mississippi_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC 1324(a) | Unlawful Employment of Aliens |

The application is based on these facts:

See affidavit of SA Anthony Todd Williams, Jr., which is attached and incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Anthony Todd Williams, Jr., SA HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____08/05/2019_____

_____
*Judge's signature*

City and state: Jackson, MS

Linda R. Anderson, United States Magistrate Judge
*Printed name and title*



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>A & B, INC.<br>1842 HIGHWAY 43 NORTH,<br>PELAHATCHIE, MS 39145 | Case No. __3:19mj 211 LRA__<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Anthony Todd Williams Jr., being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant to search the following premises and seize the items listed in Attachment B:

a.      The business is located at 1842 Highway 43 North, Pelahatchie, Mississippi (MS) 39145, and its curtilage and outbuildings, appurtenances, and attached and detached garages and vehicles and trailers located on such curtilage, including any and parking lots; more particularly described in Attachment A.

2.      This affidavit sets forth facts establishing probable cause to believe that A & B, Inc., and others are willfully and unlawfully employing illegal aliens in violation of Federal Law and within the locations which are further described in Attachment A, currently exists those items, set forth in Attachment B, which constitutes evidence, instrumentalities, contraband and/or fruits of the violations.

3.      I am a Special Agent with Homeland Security Investigations ("HSI"), within the United States Immigration and Customs Enforcement ("ICE").  I am assigned to the Office of the Resident Agent in Charge, Jackson, Mississippi.  I have been trained specifically in the

investigation and elements of federal crimes at the Federal Law Enforcement Training Center at

Glynco, Georgia. I hold Bachelors of Art and Masters of Science degrees in Criminal Justice

from the University of Southern Mississippi. I am also a graduate of the United States Border

Patrol Academy at the Federal Law Enforcement Training Center in Artesia, New Mexico. I

have approximately 10 years of experience as a federal law enforcement officer and criminal

investigator.

4.      My experience as a federal law enforcement officer and criminal investigator

includes the investigation and prosecution of violations of criminal laws relating to unlawful

entry, employment, and physical presence in the United States of individuals subject to the

Immigration and Nationality Act. My current duties include conducting criminal investigations

of violations of Federal Statutes and administrative violations of the Immigration and Nationality

Act and Title 18 of the United States Code. As part of these duties, I have become involved in

the investigation of suspected violations of Title 8, United States Code, Section 1324(a),

Unlawful Employment of Aliens. Through formal and on the job training, I am experienced in

crimes involving the unlawful employment of aliens. I have participated in the execution of

numerous search warrants for documents and other evidence, including computers and electronic

media.

5.      This affidavit is intended to show only that there is sufficient probable cause for

the requested warrant and does not set forth all of my knowledge about this matter. This

affidavit is based on my knowledge arising from my participation in this investigation and upon

information provided to me by other Homeland Security Investigations (HSI) agents, law

enforcement officers and government officials jointly participating in this investigation. Because

this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a search warrant, it does not contain every fact known to me or other agents of HSI.

6.       Section 274A of the Immigration and Reform Act of 1986 (IRCA) contains provisions which require all employers to verify the employment eligibility of all new employees hired after November 6, 1986.  The Form I-9 (Employment Eligibility Verification), hereto referred to as Form I-9, was developed for verifying that persons are eligible to work in the United States.  Employers must ensure the Form I-9 is completed every time a person is hired to perform labor or services in return for wages or other remuneration.  Any person who, during any 12-month period, knowingly hires for employment at least 10 individuals with actual knowledge that the individuals are unauthorized aliens is in violation of Title 8, United States Code, Section 1324(a)(3)(A).

7.       Intentional hiring of unauthorized aliens is a violation of Title 8, United States Code, Section 1324a. A person or entity which engages in a pattern and practice of violations in this Section shall be fined no more than $3000 for each unauthorized alien with whom such a violation occurs, imprisoned for not more than six months for the entire pattern or practice, or both, notwithstanding the provisions of any other Federal law relating to fine levels.

8.       A person who violates Title 8, United States Code, Section 1324, subparagraph (A) and in which the offense was done for the purpose of commercial advantage or private financial gain is in violation of Title 8, United States Code, Section 1324(a)(1)(B)(i).

9.       Intentional false statements, by making or using any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement on the Form I-9 is a felony violation of Title 18, United States Code, Section 1001.

10.     The Form I-9 is comprised of three Sections.  Section 1 is to be completed by the employee at the time of hire.  This Section contains the fields of name, address, date of birth, social security number, and the attestation of the employee as to their immigration status in the United States. Section 2 is to be completed by the employer and consists of three separate columns for List A, List B, and List C documents.  The employer is required to examine original documents presented by an employee and then complete this Section within three (3) days of the date the employment begins.  Some documents such as United States Passports, Certificates of Naturalization, Alien Registration Cards or Employment Authorization Cards establish both identity and employment eligibility (List A).  Other documents such as Drivers Licenses, and Voter Registrations Cards establish identity only (List B), while documents such as Social Security Cards and birth certificates establish employment eligibility only (List C).  In order for an employee to be deemed eligible to work by the employer, that employer must examine both one (1) document from List A, or one document from List B and one document from List C.  If employees are unable to present the required document(s) within 3 business days of the date the employment begins, they must present a receipt for the application for the document within three business days.  Employers must retain all I-9(s) for 3 years after the date of employment begins or 1 year after the person's employment is terminated, whichever is later.  Section 3 is completed by the employer to re-verify the employment authorization for current employees.  When an employee's work authorization expires, employers are required to re-verify on the form I-9 not later than the date the employee's work authorization expires.

11.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 8 and Title 18 of the United States Code have been committed by A & B, Inc. and others.  There is also probable cause to search the

4

premises described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## PROBABLE CAUSE

12.     A & B, Inc. is a chicken processing plant located at 1842 Highway 43 North, Pelahatchie, Mississippi, 39145. According to the Mississippi Secretary of State's website, A & B, Inc. is a corporation in good standing that was incorporated on March 26, 2013 and is owned Victor LIANG (identified by HSI as Huo You LIANG). LIANG is also the owner of P H Food, Inc., in Morton, MS, which is the subject of another affidavit.

13.     HSI Jackson, Mississippi, is investigating P H Food, Inc. in Morton, MS for illegally employing subjects without work authorization in the United States. HSI Jackson has recently received information from Confidential Informant (CI) SA-110-JA, an employee of P H Food, Inc., who has provided reliable, credible and truthful information, illustrating that P H Food, Inc. (a chicken processing company), is knowingly hiring and employing illegal aliens and/or subjects without employment authorization from the Department of Homeland Security (DHS). SA-110-JA, stated LIANG employs approximately 80 illegal aliens at the chicken processing plant in Pelahatchie, and the plant only operates a dayshift. SA-110-JA also indicated that the vast majority of the foreign nationals employed by A & B, Inc. are illegal aliens who are using false biographical information.

## INTERVIEW WITH CONFIDENTIAL INFORMANT

14.     On April 29, 2019, Special Agent (SA) Todd Williams and ERO DO Francisco Ayala provided SA-110-JA with a photograph of Salvador DELGADO. SA-110-JA identified the subject as Salvador DELGADO, and stated he was a manager at A & B Inc., chicken processing plant in Pelahatchie, MS.

5

15.    On June 11, 2019, HSI/SA Todd Williams, SA William Lacey and ERO DO

Francisco Ayala conducted an interview of SA-110-JA at the HSI Jackson, MS office. During

the interview, SA-110-JA was provided with a photograph of a potential suspect associated with

A & B, Inc., and asked SA-110-JA to identify him. SA-110-JA was provided with a photograph

of Wei Bin LIANG (A#055 XXX XXX), a naturalized United States citizen born in China. SA-

110-JA identified the subject as "Sabrin," and stated he currently works in the administrative

office at the chicken plant in Pelahatchie, MS (A & B, Inc.). MS Secretary of State (SOS)

records list Wei Bin LIANG as the Director, President, and Treasurer for A & B, Inc.

16.    SA-110-JA stated that Victor LIANG is the owner of A & B, Inc. in Pelahatchie,

MS, however, the business is registered in another person's name. SA-110-JA identified the

plant manager as Salvador DELGADO (Salvador DELGADO-Nieves) and stated the plant

employs approximately 80 total individuals on one shift. The plant's shift is from 6:00am to 2:00

pm, however, some employees start working at 5:30 am. According to SA-110-JA,

approximately 70 of the 80 employees are illegal aliens from Guatemala and SA-110-JA

personally knows several of them. SA-110-JA stated that there is an employee who is a Mexican

national and who was previously deported from the United States through the Immigration and

Customs Enforcement (ICE) Jackson, MS office. SA-110-JA believes that the alien is a gang

member and is covered in tattoos (to include his face). SA-110-JA also identified another alien

who he/she believes is a Mexican national who is currently working at the chicken plant. SA-

110-JA identified the alien as Omar Martinez, and according to SA-110-JA the alien owns two

firearms, a 12 gauge shotgun and a handgun. Federal law prohibits aliens from possessing

firearms.  ERO DO Francisco Ayala submitted the biographical information of Omar Martinez to

ICE and other law enforcement databases and found that Omar AVILES-Martinez was born on

6

June 15, XXXX in Mexico. According to ICE databases, AVILES-Martinez is an alien, illegally

present in the United States, who was arrested by ICE Jackson, MS on August 3, 2012.  On

January 1, 2018, AVILES-Martinez filed an application for a U visa with United States

Citizenship and Immigration Services (USCIS); this application has not been adjudicated and

AVILES-Martinez is not authorized to work in the United States.

17.     SA-110-JA stated that Heather CARRILLO prepares the payroll for both, P H

Food, Inc. and A & B, Inc. chicken plants every two weeks. SA-110-JA indicated that

CARRILLO keeps the payroll of both companies in two separate laptop computers (one red and

the other is gray). SA-110-JA also mentioned a female named Iris PADILLA, and according to

him/her she works directly for Victor LIANG (owner of both plants). SA-110-JA stated that

PADILLA is in charge of providing employee information to the two payroll companies

responsible for the payroll of the employees for both plants.

18.     SA-110-JA stated that A & B, Inc., processes an average of two and a half truck

loads of chicken and debones the chicken per shift. The deboned chicken is re-packaged at an

average of 1,500 boxes of chicken within the same shift to be shipped out.

19.     SA-110-JA stated that both, PADILLA and CARRILLO, have knowledge of the

employee's illegal status. SA-110-JA also stated that CARRILLO's daughter, who he/she

identified as Nicole. Nicole has been positively identified as Latashia Tanyelle Walker through

investigative databases. According to SA-110-JA, Nicole currently works at the P H Food, Inc.

plant in Morton and is assigned to the plant's office.

20.     According to SA-110-JA, Salvador DELGADO is the person in charge of hiring

employees at the A & B, Inc., plant in Pelahatchie, MS. SA-110-JA explained that once Salvador

DELGADO hires an employee, he instructs CARRILLO to complete the required paperwork.

7

SA-110-JA stated that CARRILLO visits the A & B, Inc., plant twice a week or when Salvador

DELGADO calls/asks her to do so. SA-110-JA stated that just like in P H Food, Inc., the

employees of A & B, Inc., use their real names with a made-up social security numbers. The

payroll companies, as well as P H Food, Inc. and A & B, Inc. do not verify the authenticity of

their documents.

## RECORDED CONVERSATION INVOLVING SA-110-JA AND HEATHER CARRILLO

21.     On May 14, 2019, at approximately 10:32am, HSI SA Todd Williams, Brent

Young, Chip Carter, and ERO DO Francisco Ayala, conducted a recorded conversation between

SA-110-JA, an employee of P H Food, Inc., and P H Food, Inc. employee Heather CARRILLO

at the Morton, MS, chicken processing plant. The conversation was video, and audio recorded

for evidentiary purposes.

22.     The following is a summary of the conversation and is not intended to be a

transcription. At approximately 10:42am, SA-110-JA, at the direction of agents, entered the

administrative building at the P H Food, Inc. processing plant. At approximately 10:56 am, SA-

110-JA and CARRILLO then started speaking about the A & B, Inc. plant in Pelahatchie, MS

asking for real "documents" (i.e. legitimate United States Immigration identification documents)

in order to be hired. CARRILLO stated that it was "Salvador" (Salvador DELGADO) who did

that and that he was throwing dirt (CARRILLO believes that Delgado has been trying to

persuade the company owner to terminate her and other supervisors so that he can assume their

position in P H Food, Inc and continue his illegal activities.) on them (referring to the plant in

Morton). SA-110-JA said that he/she was approached by 5 employees that asked if it was true

that they would have to buy new "papers" (i.e., legitimate United States Immigration

identification documents) to work at the Morton, MS plant. CARRILLO said that she was

8

looking for some "papers" for "Iris", but "Iris" wasn't going anywhere because she was working with "Victor" (Huo You LIANG) for a good time (duration of employment) and she was pretty sure that he (referring to Salvador DELGADO) doesn't want her to report him, because she knows which of his people (referring to employees) are real and which does not exist (referring to fraud on his part). (AGENT NOTE: agents believe that DELGADO has been embezzling money from A & B, Inc., by reporting fraudulent names and social security numbers to payroll and retaining the proceeds for himself.)

23.     CARRILLO stated that she finishes her job for A & B, Inc., (possibly referring to payroll reports) on Sundays and on Mondays the reports for P H Food, Inc. in Morton. CARRILLO later stated that she was not afraid of him (referring to Salvador DELGADO) and she knew he was dirty.

24.     SA-110-JA stated that because of what the employees were saying, he/she wanted to know if they were doing the same here (referring to papers/documents) at the plant in Morton. CARRILLO responded that if this was the case, and not use a temporary company[1] (possibly referring to payroll company), it is a responsibility and "Victor" (Huo You LIANG) who does not want to be responsible for all these people (referring employees). CARRILLO then sated that is too much of responsibility when a temporary company is not used.

25.     At approximately 11:00 am, SA-110-JA asked CARRILLO what would happened with all these people they have (referring to employees at P H Food, Inc.) if they (referring to immigration) come, because he/she would get in trouble (meaning that he/she is also involved in

---

[1] P H Food, Inc. uses PMI Resources, Inc., and/or J & J Enterprises, L.L.C. to process payroll for the plants, which are located in Shreveport, Louisiana.

the hiring of illegal aliens). CARRILLO indicated to SA-110-JA, not to be worried because

he/she is not responsible for checking their "papers". CARRILLO further stated that if they came

here (referring to immigration), she would refer them to Shreveport (PMI Resources, who

provides payroll services to P H Food, Inc.). (AGENT NOTE: Agents believe CARRILLO plans

to minimize her involvement in the employment of illegal aliens by referring ICE officials to

PMI Resources, L.L.C. in Shreveport, LA) At approximately 11:07 am the conversation ended.

### ALTERNATIVES TO DETENTION

26.     ICE routinely utilizes the Alternatives to Detention (ATD) Program for subjects

in ICE custody. The Alternatives to Detention Program is a flight-mitigation tool that uses

technology and case management to ensure compliance with release conditions and facilitate

alien compliance with court hearings and final orders of removal while allowing aliens to remain

in their community contributing to their families, community organizations, and, if necessary,

wrapping-up their affairs in the United States. as they move through immigration proceedings.

The ATD Program is not a substitute for detention nor is it used as a removal tool; however, the

program may be appropriate for an alien who is released pursuant to: an Order of Release on

Recognizance (OREC), an Order of Supervision (OSUP), a grant of parole; or a bond (unless the

immigration judge or board of immigration appeals has determined custody and did not include

ATD as a provision). To be eligible for the ATD program participants must be adults 18 years of

age or older, be removable, and be at some stage of immigration proceedings. The ATD Program

supervises participants, with contractor support, utilizing a combination of home visits, office

visits, alert response, court tracking, and technology. The current government contractor (BI

Inc.) for ATD operates under the Intensive Supervision Appearance Program (ISAP).  The

contract known as ISAP III allows ATD officers the ability to determine the frequency of home

and office visits, types of technology, telephonic, GPS or SmartLink, court and alert

management. Case management levels and technology assignment can be reviewed and adjusted

by the ATD officer at any time depending upon change in circumstances and compliance.

      27.    The ATD Program utilizes three (3) different forms of technology that help

monitor participants while enrolled in the program. The forms of technology include:

      a.   Telephonic reporting utilizes a participant's voice to create a biometric
voiceprint during the enrollment process, every time the participant calls
in his/her voice is compared against the voiceprint.

      b.   GPS monitoring requires at least three (3) satellites to locate a unit
attached to the participant's ankle. When a participant is within range of
more than three satellites a GPS unit give more accurate data regarding the
participant's location.

      c.   SmartLink enables ATD officers and case specialists to keep participants
focused on the conditions of release via their smartphone or tablet, they
are able to verify a participant's identity, determine their location, and
quickly collect status change information.

      28.    Enrollment in the ATD program does not grant any immigration benefits

including employment authorization.

## ILLEGAL ALIENS ENROLLED IN ATD & EMPLOYED BY A & B, INC.

      29.    Queries of the subjects currently enrolled in the ICE/ERO Jackson ATD program,

revealed as of July 29, 2019, four illegal aliens are currently working at A & B, Inc., located at

1842 Highway 43 North, Pelahatchie, MS 39145.

30.     Below are three of the subjects currently enrolled in the ICE/ERO Jackson ATD

program and the analysis of historical GPS coordinates for the subjects along with their history:

    a.  On August 19, 2018 Blanca MARTINEZ-Escalante, a Guatemalan

national, was encountered by UNITED STATES Border Patrol agents

about five miles east of the San Luis, Arizona Port of Entry. At the time of

the encounter, MARTINEZ-Escalante was accompanied by her juvenile

children. USBP agents determined MARTINEZ-Escalante had unlawfully

entered the United Stated from Mexico, at a place other than as designated

by the Secretary of Homeland Security and did not possess legal

documents to work or reside in the United States. MARTINEZ-Escalante

was arrested by USBP and transported to the Yuma Border Patrol Station

for further administrative processing. MARTINEZ-Escalante was

processed for a Reinstatement of a Prior Removal Order and turned over

to ICE for custody determination. At that time, MARTINEZ-Escalante

provided ICE with an address of 76 Sessums St., Apt F-4, Morton, MS

39117, and was enrolled in the ICE/ERO/ATD program with GPS

monitoring pending removal from the United States.

Queries of the historical GPS coordinates associated with MARTINEZ-

Escalante's electronic monitoring ankle bracelet revealed numerous daily

captured coordinates located within the A & B, Inc. Processing Plant

located in Pelahatchie, MS. Historical GPS coordinates also revealed

MARTINEZ-Escalante travels from her address (76 Sessums St., Apt F-4,

Morton, MS 39117) to the A & B, Inc. Processing Plant multiple times a

12

week. Upon arriving at the A & B, Inc. Processing Plant, MARTINEZ-Escalante remains on the A & B, Inc. Processing Plant property for approximately 6 to 8 hours. For example, on July 26, 2019 at approximately 5:43 am MARTINEZ-Escalante arrived at the A & B, Inc. Processing Plant. MARTINEZ-Escalante remained at the A & B, Inc. Processing Plant until approximately 12:02 pm when she departed and returned to her residence.

Record checks for MARTINEZ-Escalante revealed that on November 7, 2018, she filed an application (receipt number MSC1990181722) for employment authorization with United States Citizenship and Immigration Services (USCIS). This application is still pending and has not been adjudicated, therefore, MARTINEZ-Escalante does not possess employment authorization from the United States Department of Homeland Security.

b.  On February 4, 2019, Juan GREGORIO-Juan, a Guatemalan national, was encountered by UNITED STATES Border Patrol agents in the Rio Grande Valley, Texas Border Patrol Sector. At the time of the encounter, GREGORIO-Juan was accompanied by his juvenile child. USBP agents determined GREGORIO-Juan had unlawfully entered the United Stated from Mexico, at a place other than as designated by the Secretary of Homeland Security and did not possess legal documents to work or reside in the United States. GREGORIO-Juan was arrested by USBP and

13

transported to the McAllen Border Patrol Station for further administrative processing. GREGORIO-Juan was served with a Notice to Appear (NTA) and turned over to ICE for custody determination. At that time, GREGORIO-Juan provided ICE with an address of 411 Battle Rd., Forest, MS 39074, and on April 4, 2019, he was enrolled in the ICE/ERO/ATD program with GPS monitoring pending removal from the United States.

Queries of the historical GPS coordinates associated with GREGORIO-Juan's electronic monitoring ankle bracelet revealed numerous daily captured coordinates located within the A & B, Inc. Processing Plant in Pelahatchie, MS. Historical GPS coordinates also revealed GREGORIO-Juan travels from his current address (411 Battle Rd., Forest, MS 39074) to the A & B, Inc. Processing Plant multiple times a week. Upon arriving at the A & B, Inc. Processing Plant, GREGORIO-Juan remains on the A & B, Inc. Processing Plant property for approximately 6 to 8 hours. For example, on July 26, 2019, at approximately 6:00 am GREGORIO-Juan arrived at the A & B, Inc. Processing Plant. GREGORIO-Juan remained at the A & B, Inc. Processing Plant until approximately 1:27pm when he departed and returned to his residence.

Record checks for GREGORIO-Juan revealed that he does not possess employment authorization from the United States Department of Homeland Security.

14

c.  On January 24, 2019 Jaquelin Paulina MATIAS-Martinez de Gomez, a
    Guatemalan national, was encountered by UNITED STATES Border
    Patrol agents in the Lordsburg, New Mexico Border Patrol area of
    responsibility. At the time of the encounter, MATIAS-Martinez de Gomez
    was accompanied by her juvenile child. USBP agents determined
    MATIAS-Martinez de Gomez had unlawfully entered the United Stated
    from Mexico, at a place other than as designated by the Secretary of
    Homeland Security and did not possess legal documents to work or reside
    in the United States. MATIAS-Martinez de Gomez was arrested by USBP
    and transported to the Deming Border Patrol Station for further
    administrative processing. MATIAS-Martinez de Gomez was served with
    a Notice to Appear (I-862) and turned over to ICE for custody
    determination. At that time, MATIAS-Martinez de Gomez provided ICE
    with an address of 278 Morris Tullos Dr., Morton, MS 39117, and was
    enrolled in the ICE/ERO/ATD program with GPS monitoring pending
    removal from the United States.

    Queries of the historical GPS coordinates associated with MATIAS-
    Martinez de Gomez' electronic monitoring ankle bracelet revealed
    numerous daily captured coordinates located within the A & B, Inc.
    Processing Plant located in Pelahatchie. Historical GPS coordinates also
    revealed MATIAS-Martinez de Gomez travels from her current address
    (278 Morris Tullos Dr., Morton, MS 39117) to the A & B, Inc. Processing
    Plant multiple times a week. Upon arriving at the A & B, Inc. Processing

15

Plant, MATIAS-Martinez de Gomez remains on the A & B, Inc.

Processing Plant property for approximately 6 to 8 hours. For example, on

July 26, 2019, at approximately 5:25 am MATIAS-Martinez de Gomez

arrived at the A & B, Inc. Processing Plant. MATIAS-Martinez de Gomez

remained at the A & B, Inc. Processing Plant until approximately 12:11

when she departed and returned to her residence.

Record checks for MATIAS-Martinez de Gomez revealed she does not

possess employment authorization from the United States Department of

Homeland Security.

## RECENT ARREST OF AN ILLEGAL ALIEN EMPLOYED BY A & B, Inc.

31.      On June 18, 2019, HSI Agents conducted surveillance at A & B, Inc., located at

1842 Highway 43 North, Pelahatchie, MS 39145.  At approximately 1:05 pm, HSI agents

observed a silver Chrysler Town & Country minivan, bearing MS license plate LJH198, depart

from the parking lot of A & B, Inc. and travel north on Highway 43.

32.      At approximately 1:10 pm, a lawful traffic stop was conducted by Mississippi

Highway Patrol (MHP) for speeding.  The driver of the vehicle was identified as Elmer Amadeo

RAMIREZ-Coronado. Special Agents from HSI Jackson responded to the traffic stop and

RAMIREZ-Coronado was identified to be a native and citizen of Guatemala that entered the

United States without inspection or admission.  RAMIREZ-Coronado was then issued traffic

citations for no driver's license, no proof of liability insurance, and speeding 67/55 by MHP.

RAMIREZ-Coronado was placed under arrest by HSI agents and transported to HSI Jackson for

further administrative processing.

16

## INTERVIEW OF ELMER AMADEO RAMIREZ-CORONADO

33.     On June 18, 2019, HSI SA Brent Young and ERO DO Francisco Ayala conducted

an interview of Elmer Amadeo RAMIREZ-Coronado at the HSI Jackson, MS office.

34.     RAMIREZ-Coronado stated that he has worked at the "chinos" chicken

processing plant located in Pelahatchie (known by HSI as A & B, Inc. and located at 1842

Highway 43 North, Pelahatchie, MS 39145) for about 6 years.  According to RAMIREZ-

Coronado, the plant manager is Salvador DELGADO, also known as "Chava", who to his

knowledge has always been the manager of said plant. RAMIREZ-Coronado stated that the plant

is owned by the same owners of the plant located in Morton, MS (P H Food, Inc.).

35.     RAMIREZ-Coronado stated to HSI agents that he uses his real name to work at

the chicken processing plant.  RAMIREZ-Coronado indicated that when he asked DELGADO

for a job at the chicken processing plant, he was only required to provide his name. According to

RAMIREZ-Coronado, he was not required to provide an identification document nor a social

security number (SSN) to be employed at the chicken processing plant. RAMIREZ-Coronado

stated that everybody else at the plant was only required to provide their names to be employed

by DELGADO.

36.     RAMIREZ-Coronado indicated that the chicken processing plant (A & B, Inc.)

currently employs about 80 foreign nationals, who RAMIREZ-Coronado mostly identified as

illegal aliens from Mexico and Guatemala. RAMIREZ-Coronado also stated that out of the

approximately 80 employees, 5 to 10 of them may have immigration documents allowing them

to be present in the United States. RAMIREZ-Coronado stated the plant operates from 6:00 am

to 2:30 pm; however, the plant would continue operating past 2:30 pm until all orders for

17

chicken are completed. RAMIREZ-Coronado stated he is paid every two weeks an average of $900.00 USD and is paid by check.

37.     According to RAMIREZ-Coronado, there is an unidentified Chinese male that works in the office, but he does not know his identity. RAMIREZ-Coronado indicated the Chinese male is always on the office's computer.

38.     This affidavit is being submitted simultaneously with an administrative warrant for inspection to search at A & B, Inc., located at 1842 Highway 43 North, Pelahatchie, Mississippi 39145, for persons believed to be working in the United States without authorization.

## CONCLUSION

39.     Based on the facts and information as stated in this affidavit and my training and experience, I submit that this affidavit supports probable cause for a warrant to search the PREMISES described in Attachment A to seize the items described in Attachment B.

40.     Based upon my training and experience, combined with the facts and observations set forth in the foregoing paragraphs, I have reason to believe and do believe there exists probable cause that evidence of violations of Title 8, United States Code, Section 1324(a), Unlawful Employment of Aliens,  Title 18, United States Code, Section 1001, Title 18, United States Code, Section 1546(a), Fraud and misuse of visas, permits, and other documents to gain employment, Title 18, United States Code, Section 1028(a)(7), Fraud and related activity in connection with identification documents, authentications features, and information, Title 18, United States Code, Section 1015(e), False statement to obtain benefits or employment, Title 18, United States Code, Section 911, False claim to be a Citizen of the United States, and Title 42, United States Code, Section 408(a)(7)(B), Use of Unauthorized Social Security Number and

18

fruits of such crimes or property designed, intended for or used for such crimes are located at the PREMISES described in Attachment A.

41.     In consideration of the facts presented, I respectfully request that this Court issue a search warrant for the premises located at 1842 Highway 43 North, Pelahatchie, MS 39145, and all appurtenances thereto as more fully described in Attachment A and authorize the seizure of the items described in Attachment B to this Affidavit.

### REQUEST FOR SEALING

42.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Anthony Todd Williams Jr.
Special Agent
United States Immigration and Customs
Enforcement
Homeland Security Investigations

Subscribed and sworn to before me on the _5th_ day of August, 2019.

LINDA R. ANDERSON
UNITED STATES MAGISTRATE JUDGE

19